UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

KENT BROWN, ESQ.
ERIC ZELLER, ESQ.
_____
name of plaintiff(s)

v.

STUDENT LOAN XPRESS
PAUL MAYNARD HENDRIX
& JOHN OR JANE DOE(S)
_____
name of defendant(s)

'11 MAY 27 A10:26

Civil Case No. 5:11CV-90-R

Fee pd - Rec# P33002162

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   28 U.S.C. § 1331, 28 U.S.C. § 1332
   15 U.S.C. § 1

2. Plaintiff, KENT R. BROWN resides at
   426 W. SURF ST. APT 515, Chicago
   street address                              city
   Cook, Illinois, 60657, (270) 452-9352
   county   state      zip code   area code, phone number

   (if more than one plaintiff, provide the same information for each plaintiff below):

   ERIC ZELLER
   1901 W. BRADLEY PLACE #1
   Chicago, Illinois 60613

3. Defendant, __STUDENT LOAN XPRESS__ lives at, or its business is located at __CIT GROUP INC. 1 CIT DRIVE__,
   street address

   __LIVINGSTON__, __ESSEX__, __NEW JERSEY__,
   city              county              state

   __07034-5795__.
   zip code

   (if more than one defendant, provide the same information for each defendant listed above):

   PAUL MAYNARD HENDRICK
   5005 SW 107 AVE
   JASPER, FLORIDA 32052-3721

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

   - Violation of the "Sherman Act"
   - Violation of the Kentucky Consumer Protection Act
   - Non-Compliance with Federal Trade Commission "Holder Rule"
   - Civil Conspiracy
   - Fraudulent Concealment
            (See attached complaint)

5. Prayers for Relief (list what you want the Court to do):

   a. Enter judgment for plaintiffs, sum to be determined by jury, including punitive damages.
   b. Award Plaintiffs reasonable attorney fees and cost.
   c. Judgment against Defendant "SLX" requiring total nullification of Plaintiffs student loan debt.
   d. Temporary hold of accrued daily Interest on Plaintiffs private student loans.

6. Request for a Jury Trial    ✓ yes    ___ no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this 26th day of May, 2011.

_(signature of plaintiff(s))_