# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT PADUCAH

| | |
|---|---|
| Kent Brown *et al.*, | Case No. 5:11-cv-90-R |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL** |
| Student Loan Xpress, Inc. *et al.*, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Kent Brown, Esq. and Eric Zeller, Esq. ("Plaintiffs") hereby dismiss their claims against Defendant Student Loan Xpress, Inc. ("SLX") with prejudice.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby dismiss their claims against Defendant Paul Maynard Hendrick, and against all John and Jane Doe Defendants without prejudice.

Each party shall bear its own costs and attorneys' fees.

Stipulated and Agreed:

/s/Kent Brown
Kent Brown
State of Illinois IARDC #6301516
426 W. Surf St. Apartment 515
Chicago, IL 60657
(270) 452-9352

/s/Eric Zeller
Eric Zeller
State of Illinois IARDC #6305183
1901 W. Bradley Place #1
Chicago, IL 60613
(970) 366-2648

/s/ Bryce A. Lenox
Bryce A. Lenox (90802)
THOMPSON HINE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio  45202
(513)352-6675/(513)241-4771 (facsimile)
Bryce.Lenox@thompsonhine.com

Attorney for Defendant Student Loan Xpress, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

I further certify that a copy of the foregoing will be sent to Paul Maynard Hendrick, via Regular U.S. Mail, postage prepaid to:

Paul Maynard Hendrick
4969 SW 107 Avenue
Jasper, FL 32052

/s/ Kent R. Brown
Attorney for Plaintiffs